Shayna Fernandez Watts (027342)
Mark Sorokin (031960)
FERNANDEZ WATTS LAW PLLC
5040 E. Shea Blvd. Ste. 272
Scottsdale, Arizona 85254
Phone: (602) 760-5100
Fax: (602) 760-5130
Shayna@FernandezWattsLaw.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Julie Nelson-Smith,<br><br>            Plaintiff,<br><br>    v.<br><br>Costco Wholesale Corporation,<br><br>            Defendant. | Case No. 4:25-cv-00060-JGZ-LCK<br><br>**STIPULATED MOTION TO EXTEND TIME TO FILE RESPONSE AND REPLY TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Defendant filed its Motion for Summary Judgment on May 8, 2026. As a result, Plaintiff's Response to Defendant's Motion for Summary Judgment is due June 8, 2026. LRCiv 56.1(d). Assuming Plaintiff files its Response on June 8, 2026, Defendant's Reply will be due June 23, 2026. *Id.* The Parties have met and conferred and determined that, due to the Parties' respective schedules, an extension for both parties is appropriate and will not prejudice either party.

The parties therefore jointly request a modest extension of the deadlines in this case, as outlined below.

Plaintiff's Response to Defendant's Motion for Summary Judgment will be extended from June 8, 2026, to **July 2, 2026**.

Defendant's Reply to Plaintiff's Response will be extended from June 23, 2026, to **July 31, 2026**.

Accordingly, the parties respectfully request that the Court enter the proposed Amended Scheduling Order submitted herewith.

Dated this 5th day of June, 2026.

FERNANDEZ WATTS LAW PLLC

/s/ Mark Sorokin
    Mark Sorokin
    5040 E. Shea Blvd., Ste. 272
    Scottsdale, Arizona 85254

*Attorneys for Plaintiff*

COPPERSMITH BROCKELMAN PLC

/s/ Jill Chasson
    Jill Chasson

SEYFARTH SHAW LLP

/s/ Timothy M. Watson
    Timothy M. Watson
    (*Admitted Pro Hac Vice*)
    Elizabeth L. Humphrey
    (*Admitted Pro Hac Vice*)

*Attorneys for Defendant*

**PROOF OF SERVICE**

I hereby certify that on June 5, 2026, I caused the foregoing document to be electronically filed using the Court's CM/ECF system.  I am informed and believe that the CM/ECF system will send a notice of electronic filing to the interested parties.

/s/ Mark Sorokin
    Mark Sorokin

2